IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-ZLW

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
LT. PAULINO,
LT. JOHN DOW,
C/O SANTOS,
C/O RAYMOND,
SGT. D. SMITH,
C/O WILLIAMS, and
C/O BALL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Introduce Relevant Information in Support of Supplemental Complaint, Temporary Restraining Order and/or Preliminary Injunction" filed on July 9, 2007, is DENIED because this Court lacks jurisdiction to consider the motion. The United States Court of Appeals for the Tenth Circuit has not issued its mandate

returning jurisdiction to this Court.

Dated: July 11, 2007

Copies of this Minute Order mailed on July 11, 2007, to the following:

Jose M. Escobar
Prisoner No. 48895
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

_____
Secretary/Deputy Clerk