IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-MEH

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON, and
L. MONTOYA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 3, 2007.**

The Plaintiff's Motion to Reconsider "Plaintiff's Motion to Introduce Relevant Information in Support of Supplemental Complaint, Temporary Restraining Order and/or Preliminary Injunction" [filed 7/23/07; doc #32] is **denied**. The information provided and relief requested in the within Motion are duplicative of that requested in Plaintiff's Motion to Introduce Supplemental Complaint [doc #33] and his Motion for Temporary Restraining and/or Motion for Preliminary Injunction [doc #34], and will be addressed therein. Plaintiff is instructed to review Fed. R. Civ. P. 15(a) and 65, as well all applicable local rules.