IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-MEH

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON, and
L. MONTOYA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 3, 2007.**

    The Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction [filed 7/26/07; doc #34] is **denied without prejudice**, for failure to abide by Fed.R.Civ.P. 65(a) and 65(b), and the applicable Local Rule of the District of Colorado, D.C.Colo.LCivR 65.1. Plaintiff has made no indication to the Court that he has given notice or attempted to give notice to the Defendants of this Motion, and service of this action has not yet been effected upon Defendants.