IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-MEH

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON, and
L. MONTOYA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 3, 2007.**

    The Plaintiff's Petition for a Writ of Mandamus Compelling the CSP Medical Nursing Department to Refrain/Stop Contaminating his Diabetic, High Blood Pressure and other Medications [filed 7/26/07; doc #35] is **denied**. Pursuant to 28 U.S.C. § 1361, this Court lacks jurisdiction to issue a writ of mandamus directed at state officials.