IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
JOHN DOW,
LT. PAULINO,
C/O RAYMOND,
C/O SANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY and
NURSE RITA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 1 2007

GREGORY C. LANGHAM
CLERK

Defendant(s).

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed **in forma pauperis** [Docket No. 7]. By Order dated October 29, 2007 [Docket No. 78], I accepted Plaintiff's supplemental complaint [Docket No. 33; filed July 26, 2007] for filing.  It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service of the supplemental complaint from all defendants.[1] If the Clerk is unable to obtain a waiver of services from these defendants, the United States Marshal shall serve a copy of the supplemental complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that WARDEN L. REID, CAPTAIN MIKLICH, LT. MATHEWS, SGT. OATES, C/O COLTON, C/O HAMULA, C/O WOOLFOLK, DR. CRANEY and NURSE RITA or their counsel shall respond to the supplemental complaint as provided for in the Federal Rules of Civil Procedure after service of process on them.

BY THE COURT:
__s/ Kristen L. Mix_____
United States Magistrate Judge

Dated: November 1, 2007

---

[1] An Order Granting Service [Docket No. 41] was previously issued for the defendants not previously named in this Order, which was executed on August 21, 2007 [Docket No. 51].

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01222-EWN-KLM

Jose Medina Escobar
Prisoner No. 48895
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Warden L. Reid, Captain Miklich,
Lt. Mathews, Sgt. Oates, C/O Colton,
C/O Hamula, C/O Woolfolk,
Dr. Craney, and Nurse Rita - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Nicole S. Gellar, Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process Warden L. Reid, Captain Miklich, Lt. Mathews, Sgt. Oates, C/O Colton, C/O Hamula, C/O Woolfolk, Dr. Craney, and Nurse Rita: to Nicole S. Gellar: and to John Suthers: SUPPLEMENTAL COMPLAINT FILED 7/26/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/1/07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk