IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01222-EWN-KLM

JOSE MEDIAN ESCOBAR,

    Plaintiff,

v.

L.  REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
JOHN DOW,
LT. PAULINO,
C/O RAYMOND,
C/O SANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY, and

NURSE RITA,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court on Plaintiff's **Motion to Stay the Proceedings Until the Court Rules on the Plaintiff's Motions for Temporary Restraining Order and/or Preliminary Injunction and Motion for Appointment of Counsel** [Docket No. 62; filed September 21, 2007] ("Motion to Stay") and **Motion for Ruling of a Final Judgment by District Court Judge** [Docket No. 73; filed October 15, 2007] ("Motion for Ruling"). By Orders dated September 24, 2007 [Docket No. 63] and October 15, 2007 [Docket No. 74] Chief Judge Edward W. Nottingham referred these motions to me for ruling.

      In his Motion to Stay, Plaintiff requests that the Court stay all proceedings until it rules on his Motions for Temporary Restraining Order and/or Preliminary Injunction and Appointment of Counsel. Plaintiff filed a "Motion for Temporary Restraining Order and/or Preliminary Injunction" on July 26, 2007 [Docket No. 34]. By Order dated August 3, 2007, Magistrate Judge Hegarty denied the motion without prejudice, for failure to comply with Fed. R. Civ. P. 65(a) and 65(b) and D.C.Colo.LCiv.R. 65.1. [Docket No. 44]. Plaintiff has not re-filed this motion, and as the Court has already dismissed his previous motion, there are no grounds to stay the proceedings.

      Plaintiff filed a Motion for Appointment of Counsel on August 23, 2007 [Docket No. 53]. By Order dated October 1, 2007, this Court denied his Motion [Docket No. 68].

      As the Court has already ruled on these motions, there exist no grounds to stay the case. Accordingly, IT IS HEREBY **ORDERED** that Plaintiff's **Motion to Stay the Proceedings Until the Court Rules on the Plaintiff's Motions for Temporary Restraining Order and/or Preliminary Injunction and Motion for Appointment of Counsel** [Docket No. 62; filed September 21, 2007] ("Motion to Stay") is **DENIED**.

      In his Motion for Ruling [Docket No. 73], Plaintiff requests that this Court rule on his "Motion for Temporary Restraining Order and/or Preliminary Injunction" filed on July 26, 2007 [Docket No. 34]. As discussed above, by Order dated August 3, 2007, Magistrate Judge Hegarty denied this motion without prejudice, for failure to comply with Fed. R. Civ. P. 65(a) and 65(b) and D.C.Colo.LCiv.R. 65.1. [Docket No. 44].

      Plaintiff next requests that Chief Judge Nottingham provide a "ruling of final

judgment on his Motion of Appointment of Counsel." Plaintiff apparently refers to the Order I entered on October 1, 2007, denying his Motion for Appointment of Counsel [Docket No. 68]. Fed. R. Civ. P. 72 requires that Plaintiff file any objection to my Order within ten (10) days of its entry. Accordingly, to the extent that Plaintiff's Motion for Ruling is such an objection, it is not timely filed.

Accordingly, Plaintiff's **Motion for Ruling of a Final Judgment by District Court Judge** [Docket No. 73; filed October 15, 2007] is **DENIED.**

BY THE COURT:
__s/ Kristen L. Mix_____
United States Magistrate Judge

Dated:  November 6, 2007