IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01222–EWN–KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
LIEUTENANT CONWAY,
LT. PAULINO,
C/O RAYMOND,
DESANTOS,
SGT. D. SMITH, and
C/O WILLIAMS,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's motion for recusal (#105). The court, having reviewed the motion, finds and concludes that it states no basis for recusal. It is therefore DENIED.

Dated this 14th day of December, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge