IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-KLM

JOSE MEDIAN ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
JOHN DOW,
LT. PAULINO,
C/O RAYMOND,
C/O SANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY, and

NURSE RITA,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Submit Documentation in Support of Evidentiary Hearing** [Docket No. 113; filed December 28, 2007] (the "Motion").

    To the extent that the Plaintiff seeks to submit these documents to the Court in advance of the evidentiary hearing set on his Motion for Temporary Restraining Order/Preliminary Injunction for January 14, 2008, IT IS HEREBY **ORDERED** that the Motion [Docket No. 113] is **GRANTED**. However, Plaintiff is cautioned that submitting documents to the Court, and actually having documents admitted into evidence to be considered in support of his Motion, are not one and the same. At the evidentiary hearing, Plaintiff will need to offer any documents which he would like the Court to consider into evidence, such that they can be considered by the Court in support of his Motion.

    Dated: January 7, 2008