## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 06-cv-01222-EWN-KLM | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** January 14, 2008 | Courtroom Deputy, Ellen E. Miller |

___

JOSE MEDINA ESCOBAR,                                     Pro Se   (by video-conference)
# 48895

     **Plaintiff(s),**

v.

L. REID, et al                                              Edward T. Farry, Jr.

     **Defendant(s).**
___

### COURTROOM MINUTES / MINUTE ORDER
___

**HEARING: EVIDENTIARY HEARING**
**Court in Session:** 10:30 a.m.
Court calls case. *Pro Se* Plaintiff appears via video-conference; defense counsel appears in court.

Opening comments by the Court.

Plaintiff's witness LIEUTENANT WILL is sworn.

Direct examination by Plaintiff.

Cross-examination by Defendants, by Mr. Farry.

*Pro Se* Plaintiff JOSE MEDINA ESCOBAR is sworn.

Testimony by Plaintiff.

Cross-examination by Defendants, by Mr. Farry.

The Court notes it is taking all documents referenced by the Plaintiff during his testimony under advisement and will determine if the documents shall be entered into evidence following the Court's review of the documents and objections by the Defendants.

**It is ORDERED:** Plaintiff, with the assistance of the Colorado Department of Corrections, shall provide copies of the documents which the Plaintiff has identified as exhibits during his testimony. These copies shall be provided to the Court **on or before JANUARY 24, 2008.**

Copies of the following documents identified by Plaintiff as exhibits shall be filed. The originals shall be retained by the Plaintiff.

| | | | |
|---|---|---|---|
| Exhibit 2A | Exhibit 20 | Exhibit 63 | Attachment 9 |
| Exhibit 2B | Exhibit 21C | Exhibit 64 | Attachment 9A |
| Exhibit 2C | Exhibit 22A | Exhibit 65 | Attachment 9B |
| Exhibit 3 | Exhibit 22B | Exhibit 66 | Attachment 9C |
| Exhibit 4 | Exhibit 41 | Exhibit A | Attachment 15 |
| Exhibit 5 | Exhibit 54 | Exhibit B | Attachment 20 |
| Exhibit 6 | Exhibit 56 | Exhibit D | Attachment 21A |
| Exhibit 7A | Exhibit 57 | Exhibit H | Attachment 22A |
| Exhibit 7B | Exhibit 58 | Exhibit I | Attachment 22B |
| Exhibit 11 | Exhibit 60 | Exhibit J | Attachment 43 |
| Exhibit 17 | Exhibit 61 | Exhibit L | Attachment 45 |
| Exhibit 19 | Exhibit 62 | Attachment 8 | |

**It is ORDERED:** Any additional documents Plaintiff wishes the Court to consider as exhibits regarding the Plaintiff's Motion to Consider Relevant Information [Docket No. 89] and/or Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction [Docket No. 91] and/or Plaintiff's Motion to Compel [Docket No. 93] shall be filed with the Court **on or before JANUARY 24, 2008.** The Plaintiff shall submit any additional documents with a notice to the Court titled "Additional Exhibits for Court's Consideration".

*06-cv-01222-EWN-KLM*
*Evidentiary Hearing*
*January 14, 2008*

Upon receipt of the exhibits by the Court, the Court will ensure that copies are provided to Defendants' counsel.


**It is ORDERED:** Defendants shall have **TEN (10) DAYS** after receipt of Plaintiff's exhibits within which to file their objections to the exhibits.


**It is ORDERED:** Plaintiff's MOTION TO CONSIDER RELEVANT INFORMATION [Docket No. 89, Filed November 14, 2007] is **TAKEN UNDER ADVISEMENT**.


**It is ORDERED:** Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION [Docket No. **91,** Filed November 16, 2007] is **TAKEN UNDER ADVISEMENT**.


**It is ORDERED:** Plaintiff's MOTION TO COMPEL [Docket No. **93**, Filed November 23, 2007] is **TAKEN UNDER ADVISEMENT**.


The Court will issue a written Order in due course.


HEARING CONCLUDES.

**Court in recess:** 12:33 p.m.
Total In-Court Time: 02:03