IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
LT. CONWAY,
LT. PAULINO,
C/O RAYMOND,
DESANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY and
NURSE RITA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 4 2008

GREGORY C. LANGHAM
CLERK

Defendant(s).

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 [Docket No. 1]. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed **in forma pauperis** [Docket No. 7]. By Order dated October 29, 2007 [Docket No. 78], I granted Plaintiff's Motion for Correction of Named Defendants [Docket No. 56], thus directing the Clerk to correct named Defendant "Lt. John Dow" to read "Lt. Conway" and named Defendant "C/O Santos to read "DeSantos". Although an Order Granting Service [Docket No. 80] was filed on November 1, 2007, these Defendants were inadvertently omitted from this Order. It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service of the Complaint from Defendants Lt. Conway and DeSantos.[1] If the Clerk is unable to obtain waiver of service from these Defendants, the United States Marshal shall serve a copy of the Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that LT. CONWAY and DESANTOS or their counsel shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on them.

BY THE COURT:
__s/ Kristen L. Mix_____
United States Magistrate Judge

Dated: March 4, 2008

---

[1] An Order Granting Service [Docket No. 41] was previously issued for the defendants not previously named in this Order, which was executed on August 21, 2007 [Docket No. 51].

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01222-EWN-KLM

Jose Medina Escobar
Prisoner No. 48895
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Lt. Conway, and C/O DeSantos - **WAIVER ***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Nicole S. Gellar, Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process Lt. Conway, and C/O DeSantos; to Nicole S. Gellar: and to John Suthers: SUPPLEMENTAL COMPLAINT FILED 7/26/07, COMPLAINT FILED 06/27/06, SUPPLEMENTAL COMPLAINT FILED 7/11/06, ADDITION TO SUPPLEMENTAL COMPLAINT FILED 7/11/06, MOTION FOR CORRECTION FILED 9/10/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/4/08    .

                                                  GREGORY C. LANGHAM, CLERK

                                                  By:_____
                                                      Deputy Clerk