IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
LT. CONWAY,
LT. PAULINO,
C/O RAYMOND,
DESANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY and

NURSE RITA

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Introduce Relevant Information in Support of TRO and/or Temporary Injunction** [Docket No. 146; filed April 25, 2008] (the "Motion").

Plaintiff requests leave to introduce supplemental information in support of his pending Motions for Temporary Restraining Order/Preliminary Injunction [Docket No. 91; filed November 16, 2007] and [Docket No. 93; filed November 23, 2007] (the "Motions").

A hearing was held on Plaintiffs' Motions on January 14, 2008. Plaintiff filed exhibits in support of his Motions on January 22, 2008 [Docket Nos. 131 and 132] and this Court considered Plaintiff's exhibits in ruling on his Motions. On March 10, 2008, this Court recommended that Plaintiff's Motions be denied, as Plaintiff failed to demonstrate a substantial likelihood of success on the merits of his Eighth Amendment claim [Docket No. 139 at p. 11].

Accordingly, to the extent that Plaintiff requests that this Court consider the additional information in support of his Motions, the request is **DENIED AS MOOT**. This Court has already issued a Recommendation on Plaintiff's Motions. To the extent that Plaintiff requests that Chief Judge Nottingham consider Plaintiff's additional information in ruling on the Recommendation issued by this Court, this Court has no power to grant or deny such a request.

    Dated: May 27, 2008