FILED
United States Court of Appeals
Tenth Circuit

July 8, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

JOSE MEDINA ESCOBAR,

Petitioner.

No. 08-1225
(D.C. No. 06-cv-0122-EWN)
(D. Colo.)

---

ORDER

---

Before **BRISCOE**, **MURPHY**, and **GORSUCH**, Circuit Judges.

---

Jose M. Escobar, a Colorado state prisoner, seeks a writ in the nature of mandamus requiring the district court to rule on his objections to two recommendations of the magistrate judge assigned to his civil rights case. Mandamus is an extraordinary writ that should be granted only in exceptional circumstances. *See Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980) (per curiam). According to the district-court docket, Mr. Escobar's objections were filed in that court on March 17 and 21, 2008. Given the extraordinary nature of mandamus, this three-and-a-half-month delay is not sufficient to justify mandamus relief. Further, we note that the magistrate judge reviewed Mr. Escobar's contentions of imminent harm and, in a detailed analysis, explained why she was not persuaded by them.

The motion to submit an additional document and motion for leave to proceed without prepayment of costs or fees are GRANTED. The petition for a writ of mandamus is DENIED.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk