IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-EWN-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
LT. CONWAY,
LT. PAULINO,
C/O RAYMOND,
DESANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
C/O MARTIN,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,

DR. CRANEY and
NURSE RITA

    Defendant(s).
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Court Order Compelling the Colo. DOC/CSP to Refrain from the Continued Destruction/Confiscation of Plaintiff's Legal Materials, to Wit: All Pleadings in Regards to Discovery Procedures and for Time to Conduct Discovery Procedures Without Opposition Interference** [Docket No.154; Filed July 25, 2008] (the "Motion to Compel"). The Court must construe the motions liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. The Court has reviewed the Motion, the entire case file and applicable case law and is sufficiently advised in the premises. For the reasons provided below, I respectfully **RECOMMEND** that the Motion to Compel be **DENIED**.

    In Plaintiff's Motion to Compel, he requests that this Court issue an "order compelling [unnamed CDOC officials] from destroying/confiscating Plaintiff's legal property/materials . . . ." *Motion to Compel* [#154] at 1. The Court construes this as a motion for preliminary injunction, brought pursuant to Fed. R. Civ. P. 65(a). The Court notes that Plaintiff has previously filed two motions for preliminary injunctions [Docket No. 91 and Docket No. 93]

that also contained similar allegations that prison officials were confiscating or destroying Plaintiff's legal mail and materials. By Recommendation[1] dated March 10, 2008, the Court recommended that Plaintiff's two motions for preliminary injunctions be denied, as Plaintiff had failed to show either a substantial likelihood that he would eventually prevail on the merits of his claims, or that he would suffer irreparable injury unless the injunction were to issue [Docket No. 139 at 13]. As Plaintiff's instant Motion contains substantially similar allegations to those contained in his previous motions for preliminary injunctions, his Motion is unnecessary and repetitive.

Accordingly, I respectfully **RECOMMEND** that the Plaintiff's **Motion for Court Order Compelling the Colo. DOC/CSP to Refrain from the Continued Destruction/Confiscation of Plaintiff's Legal Materials, to Wit: All Pleadings in Regards to Discovery Procedures and for Time to Conduct Discovery Procedures Without Opposition Interference** [Docket No.154; Filed July 25, 2008] be **DENIED**.

FURTHER, IT IS **ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this Recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the Recommendation by the district judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199-1200

---

[1]The Court notes that this Recommendation has not yet been ruled upon by Chief Judge Nottingham.

(10th Cir. 2000). A party's objections to this Recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

                                        BY THE COURT:
                                        __s/ Kristen L. Mix_____
                                        United States Magistrate Judge

Dated: October 17, 2008