**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01222-CMA-KLM

JOSE MEDIAN ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
JOHN DOW,
LT. PAULINO,
C/O RAYMOND,
C/O SANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY, and
NURSE RITA,

    Defendants.

**ORDER ADOPTING AND AFFIRMING FEBRUARY 28, 2008 AND MARCH 10, 2008 RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the recommendations by the Magistrate Judge that Plaintiff's motion to supplement the complaint be denied and that Plaintiff's motion for a temporary restraining order and motion to compel be denied.

Plaintiff has objected to these recommendations. In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendations and Plaintiff's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct. Accordingly,

IT IS ORDERED that the February 28, 2008 Recommendation of United States Magistrate Judge (Doc. # 136) is ACCEPTED and, for the reasons cited therein, Plaintiff's Motion for Leave to Introduce This Additional Supplemental Complaint (Doc. # 134) is DENIED.

IT IS FURTHER ORDERED that the March 10, 2008 Recommendation of United States Magistrate Judge (Doc. # 139) is ACCEPTED and, for the reasons cited therein, Plaintiff's resubmitted Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. # 91) and Motion to Compel (Doc. # 93) are DENIED.

DATED: November  12 , 2008            BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge