# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222 CMA-KLM

JOSE MEDIAN ESCOBAR,

Plaintiff,
v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
JOHN DOW,
LT. PAULINO,
C/O RAYMOND,
C/O SANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY, and
NURSE RITA,
Defendant

## **CERTIFICATE OF MAILING**

The undersigned certifies that a copy of the **November 26, 2008, ORDER and Documents [91], [93], and [134],** were sent by mail on **November 25, 2008** by :Eileen

**X** deposited the same in the United States Mail, postage prepaid, addresses to:

**Jose Medina Escobar**
#48895
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777


GREGORY C. LANGHAM, CLERK


By: s/ Eileen, Deputy Clerk
Eileen, Deputy Clerk