IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01222-CMA-KLM

JOSE MEDIAN ESCOBAR,

    Plaintiff,

v.

L. REID,
K. COOPER,
E. CELLA,
T. HAUCKS,
E. PERRY,
D. GALLAGHER,
SGT. BINDER,
C/O VALDEZ,
J. BROWN,
J. SIMS,
E. DICLUSION,
E. MORA,
A. LUNA,
R. WENCL,
J. WERMERS,
R. OLIVETT,
C/O JACKSON,
L. MONTOYA,
C/O BALL,
JOHN DOW,
LT. PAULINO,
C/O RAYMOND,
C/O SANTOS,
SGT. D. SMITH,
C/O WILLIAMS,
CAPTAIN MIKLICH,
LT. MATHEWS,
SGT. OATES,
C/O COLTON,
C/O HAMULA,
C/O WOOLFOLK,
DR. CRANEY, and
NURSE RITA,

    Defendants.

**ORDER ADOPTING AND AFFIRMING OCTOBER 17, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the recommendation by the Magistrate Judge that Plaintiff's Motion For Court Order Compelling the Colo. DOC/CSP to Refrain from the Continued Destruction/Confiscation of Plaintiff's Legal Materials (Doc. # 154) be denied.

Plaintiff has objected to this recommendation. In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendation and Plaintiff's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendation are correct. Accordingly,

IT IS ORDERED that the October 17, 2008 Recommendation of United States Magistrate Judge (Doc. # 182) is ACCEPTED and, for the reasons cited therein, Plaintiff's Motion to Compel (Doc. # 154) is DENIED.

DATED: December __1__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge