IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

JAMES BROWN,
JOSEPH SIMS,
ERIC DECLUSION,
EDWARD MORA,
RENEE OLIVETT,
DUANE RAYMOND,
MARK MATTHEWS,
WILLIAM COLTON,
FRANK HAMULA,
HARLAN WOOLFOLK, and
ART GONZALES,

    Defendants.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Final Ruling by Trial Judge Christine M. Arguello** [Docket No. 258; Filed September 22, 2010] (the "Motion"). Despite the title given by Plaintiff, the Motion is actually a renewed motion for the appointment of counsel. Plaintiff seeks counsel or to be included on the Clerk of the Court's list of *pro se* cases for which the court is seeking volunteer counsel.

    The allegations here are the same as those asserted in Plaintiff's first request for counsel. Plaintiff has not cited any new evidence or intervening change in the law which

would cause the Court to revisit the issue. Accordingly, for the reasons stated in Order # 256 denying Plaintiff appointed counsel,

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.


Dated: September 23, 2010

BY THE COURT:


___/s/ Kristen L. Mix_____
Kristen L. Mix
United States Magistrate Judge