IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01222-CMA-KLM

JOSE MEDINA ESCOBAR,

     Plaintiff,

v.

EDWARD MORA,
RENEE OLIVETT,
MARK MATTHEWS,
WILLIAM COLTON,
FRANK HAMULA, and
HARLAN WOOLFOLK,

     Defendants.

_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter is before the Court *sua sponte*.  On December 16, 2010, District Judge

Christine M. Arguello issued an Order [Docket No. 274] granting Defendants' Motion for

Summary Judgment [Docket No. 246].  On January 10, 2011, Judge Arguello issued a

Minute Order [Docket No. 277] dismissing Plaintiff's claims against Defendant Art

Gonzales.  Pursuant to Judge Arguello's Orders [#274 and 277], there are now only two

claims remaining in this case.  *See Order* [#274] at 2-4 (summarizing Plaintiff's original

seven claims for relief and explaining that only three remained); *id.* at 14 (dismissing

Plaintiff's Sixth Claim with respect to Defendant Raymond and his First Claim with respect

to Defendants Brown, Sims, and Declusion, thus leaving only Plaintiff's First Claim with

respect to Defendants Mora and Olivett and his Seventh Claim outstanding); *Minute Order*

[#277] (dismissing Plaintiff's Sixth Claim with respect to Defendant Gonzales, thus leaving only Plaintiff's First Claim against Defendants Mora and Olivett and his Seventh Claim against Defendants Matthews, Colton, Hamula, and Woolfolk outstanding).  There are no dispositive motions pending in this case, and the deadline for filing dispositive motions has expired.  The case is therefore proceeding towards trial on Plaintiff's remaining claims against Defendants Edward Mora, Renee Olivett, Mark Matthews, William Colton, Frank Hamula, and Harlan Woolfolk.  *See Order* [#274] at 2-4.  Accordingly,

IT IS HEREBY **ORDERED** that a Final Pretrial Conference is set for **March 22, 2011 at 9:30 a.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.  Plaintiff may participate in the Final Pretrial Conference by telephone.  He is instructed to call the Court at **303-335-2770**.  Defendants are reminded that Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.  Anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

IT IS FURTHER **ORDERED** that to ensure Plaintiff's participation, the Clerk of the Court shall send a copy of this Minute Order to Plaintiff's case manager via First Class Mail.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed pretrial order **no later than March 17, 2011**.  Parties participating in ECF shall submit their proposed pretrial order pursuant to the District of Colorado ECF Procedures.  The proposed pretrial order must be submitted in a useable format (i.e., as a WordPerfect document).  Pursuant to the ECF Procedures, the parties shall submit the proposed pretrial order via email to

Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their proposed pretrial order to the Clerk of the Court as a hard copy.  However, if *any* party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the ECF Procedures.  **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

DATED: January 12, 2011 at Denver, Colorado.

BY THE COURT:
 s/ Kristen L.  Mix
Kristen L.  Mix
United States Magistrate Judge