**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-01222-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

EDWARD MORA,
RENEE OLIVETT,
MARK MATTHEWS,
WILLIAM COLTON,
FRANK HAMULA, and
HARLAN WOOLFOLK,

    Defendants.

**ORDER DISMISSING PARTIES AND AMENDING CAPTION**

In light of this Court's Order Affirming and Adopting August 10, 2010 Recommendation of United States Magistrate Judge (Doc. # 274), Defendants James Brown, Joseph Sims, Eric Declusion, and Duane Raymond are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Defendants Brown, Sims, Declusion, and Raymond as Defendants in this case.

DATED: January __13__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge