IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01222-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

EDWARD MORA,
RENEE OLIVETT,
MARK MATTHEWS,
WILLIAM COLTON,
FRANK HAMULA, and
HARLAN WOOLFOLK,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Submit Further Documentation in Support of Plaintiff's Confiscated Legal Property and Pens, etc.** [Docket No. 300; Filed February 24, 2011] (the "Motion").  Plaintiff seeks "leave to submit additional documentation to support" his Motion for Court to Furnish Plaintiff with All Legal Pleadings, Orders, etc. Returned to the Court since December 23, 2010 by this Facility [Docket No. 288] (the "Motion for Mail"), which was filed on January 27, 2011.  The Motion for Mail [#288] was granted by the Court on January 31, 2011.  *Minute Order* [Docket No. 291].  Thus, additional documentation in support of the Motion for Mail [#288] is unnecessary.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#300] is **DENIED as moot**.

    Dated:  March 16, 2011