IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01222-CMA-KLM

JOSE MEDINA ESCOBAR,

    Plaintiff,

v.

EDWARD MORA,
RENEE OLIVETT,
MARK MATTHEWS,
WILLIAM COLTON,
FRANK HAMULA, and
HARLAN WOOLFOLK,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Court Order Compelling Defense Counsel to Produce All Documents Produced Through Discovery for Plaintiff's Review** [Docket No. 333; Filed July 12, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED in part** and **DENIED without prejudice in part** as set forth below.

    To the extent that the Motion can be interpreted as a motion to compel Defendants to produce discovery, it is denied. The time for discovery closed on April 30, 2010. Moreover, among other deficiencies, the Motion does not contain a recitation of specific discovery requests at issue as required by D.C.COLO.LCivR 37.1.

    To the extent that the Motion can be interpreted as a request to obtain copies of Defendants' trial exhibits, it is premature and therefore denied without prejudice. All issues related to trial exhibits will be addressed by District Judge Christine M. Arguello at the Trial Preparation Conference set for August 19, 2011 at 1:30 p.m. Plaintiff may raise his concerns about his ability to adequately review Defendants' evidence and prepare for trial at that time.

    Dated: July 13, 2011